No. 86–1006.   MARATHON OIL CO. v. UNITED STATES ET AL. C. A. 9th Cir.   Motion of American Petroleum Institute for leave

to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition. ■